58 A.3d 727
IN THE MATTER OF WILLIAM E. GAHWYLER, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 018291990).

January 23, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–191 concluding that **WILLIAM E. GAHWYLER, JR.,** of **MIDLAND PARK,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of one year for violating *RPC* 1.5(a)(charging an unreasonable fee), *RPC* 1.5(b)(failure to communicate the basis or rate of fee in writing), *RPC* 1.7(a)(1) and (2)(conflict of interest), *RPC* 1.15(b)(failure to promptly deliver funds to a client or third person), *RPC* 4.1(a)(false statement of material fact to a third person), *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM E. GAHWYLER, JR.,** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective February 22, 2013; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.